# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TALLESON & STEPHANIE LOGBACK,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Civil Action No. 5:17-cv-00105-FB** |
| | § | |
| **SAFECO INSURANCE COMPANY** | § | |
| **OF INDIANA,** | § | |
| **Defendant** | § | |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, come Plaintiffs Talleson and Stephanie Logback and Safeco Insurance Company of Indiana, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. The said parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

**AGREED AND APPROVED:**


*/s/ Derek Fadner*
Derek Fadner
State Bar No. 24100081
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Pkwy E, Suite 200
Houston, Texas 77060
Tel:  (713) 334-6121
Fax:  (713) 322-5986
Toll-Free:  (844) 662-7552
james@mma-pllc.com
zach@mma-pllc.com
*Counsel for Plaintiffs Talleson and Stephanie Logback*


David R. Stephens
State Bar No. 19146100
Southern District Bar No. 21360
Carrie D. Holloway
State Bar No. 24028270
Southern District Bar No. 27951
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile:  (210) 227-4602
dstephens@lstlaw.com
cholloway@lstlaw.com


*Counsel for Defendant Safeco Insurance Company of Indiana*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Rule 41(a) Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court via *ECF* on this **12**[th] day of **December, 2017**, addressed to those who do not receive notice from the Clerk of the Court.

Derek Fadner
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Pkwy E, Suite 200
Houston, Texas 77060

Carrie D. Holloway